EDWARD H. KUBO, JR. #2449
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

CLARE E. CONNORS #7936
J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2005

at 10 o'clock and 15 min. a M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 05-00078 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [18 U.S.C. § 922(g)(1),(g)(3)] |
| | ) | |
| JAMES LAWRENCE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

## COUNT 1

(Felon in Possession of a Firearm)

The Grand Jury charges that:

On or about February 11, 2005, in the District of Hawaii, defendant, JAMES LAWRENCE WILLIAMS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm,

to wit: a Star nine (9) millimeter semi-automatic pistol bearing serial number 1324833, and ammunition, to wit: a nine (9) millimeter magazine containing eight (8) luger rounds.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT 2

(User in Possession of a Firearm)

The Grand Jury further charges:

On or about February 11, 2005, in the District of Hawaii, defendant, JAMES LAWRENCE WILLIAMS, being an unlawful user of a controlled substance, as defined in Title 21, U.S.C. Section 802, knowingly possessed in and affecting commerce, a firearm, to wit: a Star nine (9) millimeter semi-automatic pistol bearing serial number 1324833, and ammunition, to wit: a nine (9) millimeter magazine containing eight (8) luger rounds.

//
//
//
//
//
//
//
//
//

In violation of Title 18, United States Code, Section 922(g)(3) and 924(a).

DATED: February 23, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

For

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
CLARE E. CONNORS
Assistant U.S. Attorney

United States v. James Lawrence Williams
Cr. No.
INDICTMENT

3