| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 05-00078SOM-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: JAMES LAWRENCE WILLIAMS | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/22/06 — TO 12/21/09 |

OFFENSE

18 U.S.C. §§ 922(g)(1) and 924(a) - Felon in Possession of a Firearm

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

MAR 1 6 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Eastern District of Michigan (Detroit)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/23/07
Date

Susan Oki Mollway, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 12 2007
Effective Date

United States District Judge