# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 22, 2007

Office of the Clerk
Eastern District of Michigan
Theordore Levin US Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226-2799

RE:  TRANSFER OF JURISDICTION
     CR 05-00078 SOM-01
     USA vs. James Lawrence Williams

Dear Sir:

Pursuant to the Order Transferring Jurisdiction, enclosed are the following:

(_____)   Certified Copy of the Criminal Complaint

(__✔__)   Certified Copy of the Indictment

(__✔__)   Certified Copy of Judgment In A Criminal Case

(__✔__)   Certified Copy of the Docket Sheet

(__✔__)   Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk

Deputy Clerk

encl.
U.S. Probation - Honolulu, Hawaii

*******************************************************************************

Receipt is acknowledged by:          Clerk, U.S. District Court

Dated: _____          By: _____

Your Criminal Case No.: _____