

sue BEITIA
CLERK

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

TEL (808) 541-1300
FAX (808) 541-1303

March 22, 2007

Office of the Clerk
Eastern District of Michigan
Theordore Levin US Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226-2799

RE:   TRANSFER OF JURISDICTION
      CR 05-00078 SOM-01
      USA vs. James Lawrence Williams

Dear Sir:

Pursuant to the Order Transferring Jurisdiction, enclosed are the following:

(_____)      Certified Copy of the Criminal Complaint

(___✔___)      Certified Copy of the Indictment

(___✔___)      Certified Copy of Judgment In A Criminal Case

(___✔___)      Certified Copy of the Docket Sheet

(___✔___)      Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk

Deputy Clerk

encl.
U.S. Probation - Honolulu, Hawaii

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 29 2007
DISTRICT OF HAWAII

*****************************************************     ***********

Receipt is acknowledged by:       **Case: 2:07-cr-20144**
                                  **Assigned To: Battani, Marianne O**
                                  **Filed: 03-26-2007 At 03:20 PM**
                                  **TRANS PROB USA V JAMES LAWRENCE**
Dated: _____        **WILLIAMS (EW)**                    _____

Your Criminal Case No.: _____